# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 7

Leena M. Ellison :

: Bankruptcy Case No.: 21-10683 MDC

:

## ORDER

AND NOW, this **1st** day of **April**, 2021, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before **May 2**, 2021.

*Magdeline D. Coleman*

**Magdeline D. Coleman**
**Chief U.S. Bankruptcy Judge**